**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 05-cr-00342-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

4.  WENDEL R. WARDELL, JR.,

     Defendant.

_____

**ORDER DENYING WARDELL'S MOTION FOR JUDGMENT OF ACQUITTAL
PURSUANT TO FED.R.CRIM.P. 29(C)**

_____

**Blackburn, J.**

     On the final day of trial, after the jury's verdicts had been published but before

court was concluded, defendant Wardell[1] made an oral motion for judgment of acquittal

pursuant to Fed.R.Crim.P. 29(c).  He indicated that he would file a written supplement

to that motion, which he now has done.  (*See* **Supplement to Oral Motion for**

**Judgment of Acquittal** [#377], filed December 19, 2005.)  I deny the motion.

     As required by the rule, I have reviewed all relevant and competent evidence,

both direct and circumstantial, in the light most favorable to the government, without

weighing conflicting evidence or considering the credibility of witnesses.  ***See United***

---

[1] Although I have permitted Pursley and Wardell to join each other's motions, such a joinder is inappropriate here because the relief requested is personal to Wardell only. Moreover, Pursley has submitted his own Rule 29 motion. Thus, I exercise my retained discretion and treat this as Wardell's motion. *See* **Trial Preparation Conference Order** [#58] at 13, ¶ 31. ("31. That otherwise the **Motion to Join And Adopt All Co-Defendants' Motions** [#37] filed August 23, 2005, by . . . [defendants (as modified by my **Minute Order** [#68])] **IS GRANTED**, unless specifically ordered otherwise.").

*States v. White*, 673 F.2d 299, 301-02 (10th Cir.1982).  Under that standard, I find that evidence is sufficient to establish each element of each crime charged by proof beyond a reasonable doubt. *Id*.  Therefore, relief under Fed.R.Crim.P. 29(c) is not warranted.

**THEREFORE, IT IS ORDERED** that defendant Wardell's oral motion for judgment of acquittal under Fed.R.Crim.P. 29(c), as supplemented by his written Supplement to Oral Motion for Judgment of Acquittal [#377], filed December 19, 2005, is **DENIED**.

Dated December 21, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Court