**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00342-REB-04
(Civil Action No. 12-cv-02746-REB)

UNITED STATES OF AMERICA,

    Petitioner,

v.

WENDEL ROBERT WARDELL, JR.,

    Respondent.

---

**JUDGMENT**

---

Pursuant in accordance with the ORDER DENYING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255 of Judge Robert E. Blackburn entered on May 1, 2014, the following Judgment is hereby entered:

    1.    The Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [#721] filed October 15, 2012 is Denied.

    2.    A certificate of appealability is Denied.

    3.    The corresponding civil action is dismissed.

   Dated at Denver, Colorado this 1st day of May, 2014.

                                                            FOR THE COURT:
                                                            JEFFREY P. COLWELL, CLERK

                                      By:  s/    K Lyons

                                                        K Lyons
                                                        Deputy Clerk